IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA RAE WHITE                                                                PLAINTIFF

VS.                                  CASE NO. 3:16CV00261 PSH

NANCY A. BERRYHILL, Acting Commissioner,
   Social Security Administration                                  DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 28th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE