IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA WHITE                                                                    PLAINTIFF

v.                          NO. 3:16-cv-00261 PSH

NANCY A. BERRYHILL, Acting Commissioner                                         DEFENDANT
of the Social Security Administration

# ORDER

Plaintiff Angela White ("White") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Docket Entry 18. In the motion, she seeks attorney's fees and expenses in the total amount of $2,256.07. The Acting Commissioner of the Social Security Administration ("Commissioner") has no objection to White's motion.

The Court has reviewed the motion for an award of attorney's fees and other expenses and finds nothing unreasonable about the hours of work performed, the hourly rate, or the expenses incurred. The motion is granted, and attorney's fees and expenses in the total amount of $2,256.07 are awarded White. Because the award belongs to White and not her attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall issue payment of this award by check made payable to White, in care of her attorney, Stephanie Bartels Wallace ("Wallace"), and shall mail the check to Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 5th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE